# EXHIBIT B

| **Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**04/17/2026**

> ### Notice of Service
> 26-SMCC-1639; Electronic Filing Certificate of Service.
> **Corporation Served**
> Document ID - 26-SMCC-1639; Served To - WASHINGTON UNIVERSITY IN ST. LOUIS; Served Date - 04/17/2026; Served Time - 08:31:07; Service Type - SD; Reason Description - SERV; Service Text -

**03/18/2026**

> ### Jury Trial Scheduled
>
> **Scheduled For:** 01/04/2027; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

**02/23/2026**

> ### Summons Issued-Circuit
> Document ID: 26-SMCC-1639, for WASHINGTON UNIVERSITY IN ST. LOUIS

**02/19/2026**

> ### Filing Info Sheet eFiling
>
> **Filed By:** MATTHEW JOHN GHIO
> ### Pet Filed in Circuit Ct
> Petition.
> **Filed By:** MATTHEW JOHN GHIO
> **On Behalf Of:** MICHELLE IDAM

Close

**2622-CC00353**

Electronically Filed - CITY OF ST LOUIS - February 19, 2026 - 10:01 PM

**IN THE CIRCUIT COURT OF ST. LOUIS CITY**
**22ND JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| MICHELLE IDAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No._____ |
| | ) | |
| WASHINGTON UNIVERSITY IN | ) | |
| ST. LOUIS, | ) | Div. 1 |
| | ) | |
| SERVE: JOHN E. POWERS II | ) | |
|     1 BROOKINGS DR. | ) | |
|     ST. LOUIS, MO 63130 | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION**
**DISCRIMINATION UNDER THE**
**MISSOURI HUMAN RIGHTS ACT**

COMES NOW Plaintiff, by and through counsel, and for her Petition against WASHINGTON UNIVERSITY IN ST. LOUIS, ("Defendant"), states and alleges as follows:

**Jurisdiction And Venue**

1. This action arises under Missouri Human Rights Act, Mo. Rev. Stat. §§ 213.010 - §§ 213.126 (hereinafter referred to as "MHRA").

2. The unlawful employment practices complained of herein were committed in St. Louis, Missouri.

3.

Electronically Filed - CITY OF ST LOUIS - February 19, 2026 - 10:01 PM

## Parties

4. Plaintiff MICHELLE IDAM is a female resident of Missouri, and a former employee of Defendant.

5. Defendant WASHINGTON UNIVERSITY IN ST. LOUIS is organized and existing under the laws of the State of Missouri, and was Plaintiff's former employer, and an employer as defined under the MHRA.

6. At all times material to this action, Defendant has engaged in an industry affecting commerce, and had six or more employees for each working day of twenty or more calendar weeks.

## Administrative Procedures

7. On or about July 20, 2024, Plaintiff timely filed a Charge of Discrimination with the Missouri Commission on Human Rights ("MCHR") alleging discrimination.

8. Thereafter, Plaintiff received a Notice of Right to Sue from the MCHR, dated November 21, 2025, and has initiated this action within ninety (90) days of the date of the notice.

## Facts Common to All Counts

9. On May 31, 2023, Plaintiff started her employment with Defendant in the Maintenance Department as a basic mechanic.

Electronically Filed - CITY OF ST LOUIS - February 19, 2026 - 10:01 PM

10.    Plaintiff actively engaged in training to achieve certification as a mechanic. She was among several women employed within the Maintenance Department, but she was notably the youngest and the sole woman of color among colleagues who were predominantly over the age of 40.

11.    Shortly after her employment began, Plaintiff informed her supervisors, Robert Hall and Wendell Post, of her pregnancy.

12.    Plaintiff was subject to a six-month probationary period. During this period, Post advised Plaintiff that she would become eligible for maternity leave upon the successful completion of her probationary period. He advised Plaintiff to complete this probationary period to affirm and sustain her commitment to Washington University.  Post expressed concerns regarding Plaintiff's ability to complete her probationary period due to the necessity for her to submit monthly leave of absence (LOA) requests, as she was not covered under the Family and Medical Leave Act (FMLA).

13.    In early August 2023, Plaintiff commenced her maternity leave and subsequently returned to work on March 4, 2024. Upon her return, Plaintiff was required to pump breast milk three times daily, with each session lasting approximately 40 minutes.  Hall and Post were fully informed of this need when Plaintiff returned to work. Furthermore, Plaintiff was informed by a

Electronically Filed - CITY OF ST LOUIS - February 19, 2026 - 10:01 PM

trusted co-worker of two occasions where Hall expressed the opinion that she did not merit reinstatement at Washington University.

14.     On March 22, 2024, Plaintiff received a separation notice from Hall and Post, with the stated reason for her discharge as her failure to demonstrate commitment to Washington University and her position during her probationary period.

15.     Plaintiff was treated differently in the terms and conditions of her employment because of her sex.

16.     The stated reason for Plaintiff's discharge is false.  Plaintiff was committed to the Defendant and did very good work.

17.     After drafting her Union approved maternity leave contract, Plaintiff faced discriminatory changes in the terms and conditions of her employment. Some examples of the discriminatory actions include Hall expressing his disapproval of Plaintiff being reinstated at Washington University to other employees on multiple occasions, as well as Hall and Post stating that Plaintiff's breaks to pump breast milk shows her lack of commitment to Washington University.  Then, within three weeks of her return from maternity leave, she was fired.

18.     These facts show that Plaintiff's sex and pregnancy were a moti-

Electronically Filed - CITY OF ST LOUIS - February 19, 2026 - 10:01 PM

vating factor in the decision to fire her.  Given the extremely short timespan between Plaintiff's return from maternity leave and her termination for a stated reason that is false and a pretext for unlawful discrimination, Defendant unlawfully discriminated against Plaintiff on the basis of her sex and pregnancy.

### COUNT I - MHRA – SEX DISCRIMINATION - DISCHARGE

19.  Plaintiff incorporates by reference Paragraph Nos. 1 through 17.

20.  Plaintiff was discharged because of her sex.

21.  Plaintiff's sex was a motivating factor in the decision to discharge her as described above.

22.  Defendant, by these actions alleged above, has unlawfully discriminated against Plaintiff by discharging her because of her sex, in violation of the MHRA.

23.  As a consequence of Defendant's actions as described herein, Plaintiff has lost and continues to lose wages and other financial incidents and benefits of employment.

24.  As a consequence of Defendant's actions as described herein, Plaintiff has experienced emotional distress.

25.  As a consequence of Defendant's actions described herein, Plaintiff has incurred, and will continue to incur, attorney's fees,

Electronically Filed - CITY OF ST LOUIS - February 19, 2026 - 10:01 PM

costs, and expenses.

26. Plaintiff's combined damages on this count are in an amount not less than Twenty-Five Thousand Dollars ($25,000).

Wherefore, Plaintiff requests a jury trial and that this Court enter judgment in her favor and against Defendant declaring that Defendant has engaged in unlawful employment practices with respect to Plaintiff in violation of her rights protected by the MHRA; that Plaintiff be reinstated and compensated for all losses and damages suffered as a result of Defendants discharge of her because of her sex, including, but not limited to, past and future lost income, hedonic damages, emotional distress damages, other lost financial benefits of employment, and an amount to compensate Plaintiff for any tax treatment of a damages award; that Plaintiff be awarded pre-judgment and/or post-judgment interest on her damages; and that Plaintiff be awarded attorneys' fees and costs reasonably expended on this case and further relief as this Court deems appropriate under the circumstances.

Electronically Filed - CITY OF ST LOUIS - February 19, 2026 - 10:01 PM

Respectfully submitted,

**THE GHIO LAW FIRM LLC**

By:_____

Matthew J. Ghio  #44799

3115 S. Grand Blvd., Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com

# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number:  2622-CC00353 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHELLE IDAM<br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOHN GHIO<br>GHIO LAW FIRM LLC<br>3115 S GRAND, SUITE 100<br>ST LOUIS, MO  63118 | |
| Defendant/Respondent:<br> WASHINGTON UNIVERSITY IN ST. LOUIS | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

**The State of Missouri to:   WASHINGTON UNIVERSITY IN ST. LOUIS**
**Alias:**
**JOHN E POWERS II**
**1 BROOKINGS DR**
**ST. LOUIS, MO  63130**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

_____   _____
2/23/2026
Date                                            Clerk

***CITY OF ST LOUIS***

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
Printed Name of Officer or Server                          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____
                                                    Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1639**
2 of 2 (2622-CC00353)                                Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                                              54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - April 17, 2026 - 04:53 PM

**Case Number: 2622-CC00353**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:

_Kelly Martin_ (name) _Admin coordinator_ (title).

☐ other: _____.

Served at _____ I Brooking Dr. _____ (address)

in _____ (County/City of St. Louis), MO, on __4/17/26__ (date)

at _10:60am_ (time).

T. Robinson / N. Thompson          T. Blm   959 / [signature]
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____

Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1639**
2 of 2 (2622-CC00353)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - April 17, 2026 - 04:53 PM

R 91596



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

RECEIVE

26 APR 16 AM 8:13

| Judge or Division: CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2622-CC00353 |
|---|---|
| Plaintiff/Petitioner: MICHELLE IDAM | Plaintiff's/Petitioner's Attorney/Address MATTHEW JOHN GHIO GHIO LAW FIRM LLC 3115 S GRAND, SUITE 100 ST LOUIS, MO 63118 |
| vs. | |
| Defendant/Respondent: WASHINGTON UNIVERSITY IN ST. LOUIS | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | (Date File Stamp for Return) |

**The State of Missouri to:** **WASHINGTON UNIVERSITY IN ST. LOUIS**
**Alias:**
**JOHN E POWERS II**
**1 BROOKINGS DR**
**ST. LOUIS, MO 63130**

**Other Addresses:**



Seven Hall, 2nd floor
St Louis MO 63130

You are summoned to appear before this court and to ~~~~ f which is attached, and to serve a copy of your pleading upon ~~~~ above address all within 30 days after receiving this summon ~~~~ ail to file your pleading, judgment by default may be taken agai ~~~~ tion.

**COURT SEAL OF**

**CITY OF ST LOUIS**

2/23

D

**Further Information:**

Electronically Filed - CITY OF ST. LOUIS - April 17, 2026 - 04:53 PM

R 91596



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number: 2622-CC00353 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHELLE IDAM | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOHN GHIO<br>GHIO LAW FIRM LLC<br>3115 S GRAND, SUITE 100<br>ST LOUIS, MO 63118 | 26 APR 16 AM 8:13 RECEIVED |
| vs. | | |
| Defendant/Respondent:<br>WASHINGTON UNIVERSITY IN ST.<br>LOUIS | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File<br>Stamp for<br>Return) |

The State of Missouri to:   **WASHINGTON UNIVERSITY IN ST. LOUIS**
**Alias:**
**JOHN E POWERS II**
**1 BROOKINGS DR**
**ST. LOUIS, MO  63130**

Other Addresses:

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

_____2/23/2026_____
Date

_____
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1639**
1 of 2 (2622-CC00353)                          Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                             54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo